AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Holly A. Williams  *Plaintiff* | ) ) ) |
| v. | ) Civil Action No. 3:20-CV-87 |
| Commissioner of Social Security  *Defendant* | ) ) ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment in favor of Plaintiff and against Defendant; Remanding this case to the commissioner under the fourth sentence of 42 U.S.C. § 405(g) for further proceedings; terminating this case on the courts docket.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Michchael J. Newman  on a motion for Remand

Date: 11/5/2020

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk